No. 11M31. DAVIS *v.* UNITED STATES. Motions for leave to file petitions for writs of certiorari under seal with redacted copies for the public record granted.

No. 11M35. VEGA-COSME *v.* UNITED STATES. Motion to direct the Clerk to file petition for writ of certiorari out of time denied. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 10–788. REHBERG *v.* PAULK. C. A. 11th Cir. [Certiorari granted, 562 U. S. 1286.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 10–1104. MINNECI ET AL. *v.* POLLARD ET AL. C. A. 9th Cir. [Certiorari granted, 563 U. S. 987.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 11–5580. ANTONSSON *v.* KAST. Ct. App. Cal., 1st App. Div.;
No. 11–5718. HIRSCH *v.* ENOCH PRATT FREE LIBRARY ET AL. C. A. 1st Cir.; and
No. 11–5792. MORGAN *v.* SHINSEKI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until November 1, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 11–6290. IN RE PATTERSON;
No. 11–6299. IN RE LINDSAY;
No. 11–6313. IN RE SHOVE ET AL.;
No. 11–6321. IN RE SIMMS;
No. 11–6339. IN RE ROCHA;
No. 11–6355. IN RE MARTIN;
No. 11–6375. IN RE GILYARD; and
No. 11–6493. IN RE MCDOWELL. Petitions for writs of habeas corpus denied.

No. 11–302. IN RE SIMON;
No. 11–5741. IN RE PARNIANI-HAYMAN;
No. 11–6128. IN RE COUCH; and